### SANDERS ag't HARRIS

Martin Sanders plaint. ag't Rich'd Harris Defend't in an action of the case for cutting & carrying away the grass of the s'd Sanders under the pretence of title whereby the s'd Sanders is damnified at least two pound ten Shillings with other due damages according to attachm't dat. 4 (7) 75 [349]. . . . The Jury . . . found for the plaint. Five Shillings damage & costs of Court being twenty five Shillings & two pence.

### DOUGLAS ag't GREENLEAFE

Tho: Douglas plaint. ag't Enoch Greenleafe Defend't according to attachm't dat. Octob'r 20. 1675. The plaint. was nonSuted upon non appearance

### NEWCOMB ag't PHILLIPS

Andrew Newcomb plaint. ag't Nicholas Phillips Defend't in an action of debt of ten pounds five Shillings in currant mony of New-England due by bill & all due damages according to attachm't dat. Octob'r 11° 1675. . . . The Jury . . . founde for the plaint. ten pounds five Shillings mony & costs of Court.

### BRECK ag't EMMONS

John Breck plaint. ag't Obadiah Emmons Defend't according to attachm't dat. Octob'r 18'th 1675. The plaint. was nonSuted upon non appearance.

### HOBART ag't BAILLY

Josiah Hobart plaint. ag't the goods or Estate of m'r Jn° Bailley of Rochell Merchant Defend't The plaint. was nonsuted upon non appearance.

### WHARTON ag't BELCH'r

Rich'd Wharton Attourny to Sam'll Bellingham the onely Sonn & heire of Rich'd Bellingham Esq'r dec'd plaint. ag't Jeremiah Belcher Defend't according to attachm't dat. Octob'r 18° 1675. The plaint. was non Suted upon non appearance

### CLARKE ag't ATHERTON

John Clarke plaint. ag't Jonathan Atherton Defend't The plaint. was non Suted upon non appearance.